# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

JEREMY SNYDER,

      Defendant.

No. 4:19-CR-00200

(Judge Brann)

## ORDER

### OCTOBER 9, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Snyder's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 29) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge